■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GONZALEZ, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on March 29, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR SANTIAGO, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on April 8, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). Concur—Sullivan, J. P., Ross, Carro, Milonas and Wallach, JJ.

■ 233 EAST 86TH STREET CORP., Appellant, v PARK EAST APARTMENTS, INC., Respondent.—Order, Supreme Court, New York County (Harold Tompkins, J.), entered on or about March 25, 1986, unanimously affirmed, without costs and without disbursements. We need not reach the question of the applicability of the statute. (Condominium and Cooperative Abuse Relief Act of 1980 [15 USC § 3601 *et seq.].)* No opinion. Concur—Ross, J. P., Fein, Milonas, Kassal and Wallach, JJ. *[See,* 131 Misc 2d 242.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES JONES, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on May 29, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Fein, Milonas, Kassal and Wallach, JJ.